| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Rosen, Gerald E. | 2. Court or Organization<br><br>U.S. District Court - Eastern District of Michigan | 3. Date of Report<br><br>05/08/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Room 730<br>U.S. Courthouse<br>231 West Lafayette<br>Detroit, MI 48226 | | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. | Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | Trustee | Trust No. 1 |
| 4. | Trustee | Trust No. 2 |
| 5. | Professor | Wayne State University, Detroit, Michigan |
| 6. | Professor | Thomas M. Cooley Law School, Lansing, Michigan |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995, amended October 2012. Royalties to be shared in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. 2007 | The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/08/2014 |

5. 2013      The Rutter Group - Publication Update Agreement dated March 2013. Royalty to be paid based on projected sales of the Update.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2013 | Thomson Reuters (West Group) - Book Royalties | $39,584.00 |
| 2. 2013 | Wayne State University - Teaching | $17,364.00 |
| 3. 2013 | Thomas M. Cooley Law School - Teaching | $7,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | UCLA Law School | 03/14/13 - 03/15/13 | Los Angeles, CA | Seminar Speaker | Meals, Lodging, Transportation |
| 2. | The Rutter Group | 07/08/13 | San Francisco, CA | Panelist | Meals, Lodging, Transportation |
| 3. | The Rutter Group | 07/09/13 - 07/11/13 | Los Angeles, CA | Panelist | Meals, Lodging, Transportation |
| 4. | University of Maryland | 07/31/13 - 08/01/13 | Baltimore, MD | Seminar Speaker | Meals, Lodging, Transportation |
| 5. | Federal Bar Association | 09/25/13 - 09/27/13 | San Juan, PR | Seminar Speaker | Meals, Lodging, Transportation |
| 6. | Southern Methodist University | 10/10/13 - 10/11/13 | Dallas, TX | Seminar Speaker | Meals, Lodging, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC Bank Accounts | A | Interest | J | T | | | | | |
| 2.  IRA No. 1 | C | Int./Div. | M | T | | | | | |
| 3.  -Marshall & Isley Bank - Cash Equivalent | | | | | Closed | 02/12/13 | J | | |
| 4.  -ISharesIBOXX $Investment Grade Corp Bond Fund | | | | | Sold | 02/19/13 | J | A | |
| 5.  -ProShares Trust ProShares Short S&P 500 | | | | | Sold | 02/19/13 | J | | |
| 6.  -ProShares Trust ProShares Short Russell 2000 | | | | | Sold | 02/19/13 | J | | |
| 7.  -SPDR Gold Trust Gold Shares | | | | | Sold | 02/19/13 | K | A | |
| 8.  -Healthcare Select Sector SPDR ETF | | | | | Sold | 02/19/13 | J | C | |
| 9.  -IShares MSCI Hong Kong Index Fund | | | | | Sold | 02/19/13 | J | B | |
| 10.  -IShares Trust Barclays Intermediate Credit Bond Fund | | | | | Sold | 02/19/13 | J | A | |
| 11.  -IShares Trust S&P US PFD Stock Index Fund | | | | | Sold | 02/19/13 | J | A | |
| 12.  -Energy Select Sector SPDR | | | | | Sold | 01/09/13 | J | A | |
| 13.  -Powershares Emerging Markets Sovereign Debt ETF | | | | | Sold | 02/19/13 | J | | |
| 14.  -IShares Trust FTSE China 25 Index Fund | | | | | Sold | 02/19/13 | J | A | |
| 15.  -Industrial Select Sector SPDR | | | | | Sold | 01/31/13 | J | A | |
| 16.  -ProShares Short QQQ | | | | | Buy | 01/31/13 | J | | |
| 17. | | | | | Sold | 02/22/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Sector Materials Sector SPDR | | | | | Buy | 01/09/13 | J | | |
| 19. | | | | | Sold | 02/19/13 | J | A | |
| 20. -Federated Government Obligations Fund Money Market | | | | | Open | 02/12/13 | J | | |
| 21. -Allergan Inc. | | | | | Buy | 02/22/13 | J | | |
| 22. | | | | | Sold | 06/24/13 | J | | |
| 23. -Amerco | | | | | Buy | 11/13/13 | J | | |
| 24. -American Express Co | | | | | Buy | 05/07/13 | J | | |
| 25. -American Tower REIT | | | | | Buy | 02/22/13 | J | | |
| 26. | | | | | Sold | 09/06/13 | J | | |
| 27. -American Water Works | | | | | Buy | 02/22/13 | J | | |
| 28. | | | | | Sold | 12/18/13 | J | A | |
| 29. -Apple Inc | | | | | Buy | 02/22/13 | J | | |
| 30. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 31. -Boeing Co | | | | | Buy | 02/22/13 | J | | |
| 32. | | | | | Sold (part) | 10/08/13 | J | A | |
| 33. -Bristol-Myers Squibb | | | | | Buy | 02/22/13 | J | | |
| 34. | | | | | Buy (add'l) | 10/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/06/13 | J | A | |
| 36. | | | | | Sold (part) | 12/18/13 | J | A | |
| 37. -Caterpillar Inc | | | | | Buy | 02/22/13 | J | | |
| 38. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 39. -CBL Assoc Property REIT | | | | | Buy | 05/07/13 | J | | |
| 40. | | | | | Sold | 05/31/13 | J | | |
| 41. -Cerner Corp | | | | | Buy | 02/22/13 | J | | |
| 42. | | | | | Sold | 12/18/13 | J | A | |
| 43. -Church & Dwight Co | | | | | Buy | 02/22/13 | J | | |
| 44. -Coca Cola Co(X) | | | | | Sold | 08/19/13 | J | | |
| 45. -ConAgra Foods Inc | | | | | Buy | 07/19/13 | J | | |
| 46. -Costco Wholesale Corp | | | | | Buy | 02/22/13 | J | | |
| 47. -Cummins Inc | | | | | Buy | 02/22/13 | J | | |
| 48. -CVS Caremark Corp | | | | | Buy | 05/07/13 | J | | |
| 49. -Deere & Co Bond (6.95% Due 04-25-14) | | | | | Buy | 02/28/13 | K | | |
| 50. | | | | | Sold | 12/16/13 | K | | |
| 51. -Diageo PLC ADR | | | | | Buy | 02/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ecolab Inc | | | | | Buy | 02/22/13 | J | | |
| 53. -Equinix Inc | | | | | Buy | 02/22/13 | J | | |
| 54. -Exxon Mobil Corp | | | | | Buy | 02/22/13 | J | | |
| 55. | | | | | Buy (add'l) | 12/18/13 | L | | |
| 56. | | | | | Sold (part) | 12/18/13 | L | B | |
| 57. -Ford Motor Company(X) | | | | | | | | | |
| 58. -Freeport-McMoRan(X) | | | | | | | | | |
| 59. -General Electric Co | | | | | Buy | 09/09/13 | J | | |
| 60. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 61. -Google Inc Class A | | | | | Buy | 02/22/13 | J | | |
| 62. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 63. -Hain Celestial Group(X) | | | | | Sold | 07/19/13 | J | A | |
| 64. -Hess Corp | | | | | Buy | 02/22/13 | J | | |
| 65. -Home Depot Inc. | | | | | Buy | 02/22/13 | J | | |
| 66. -IBM Corp | | | | | Buy | 02/22/13 | J | | |
| 67. | | | | | Sold | 12/18/13 | J | | |
| 68. -Jarden Corp | | | | | Buy | 09/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lockheed Martin Corp | | | | | Buy | 05/07/13 | J | | |
| 70. -McDonalds Corp | | | | | Buy | 05/07/13 | J | | |
| 71. -Microsoft Corp | | | | | Buy | 11/13/13 | J | | |
| 72. -Monsanto Co | | | | | Buy | 02/22/13 | J | | |
| 73. -Mosaic Co | | | | | Buy | 08/09/13 | J | | |
| 74. -National Oilwell Varco | | | | | Buy | 02/22/13 | J | | |
| 75. | | | | | Sold | 10/08/13 | J | A | |
| 76. -Nestle SA ADR | | | | | Buy | 02/22/13 | J | | |
| 77. | | | | | Sold | 08/19/13 | J | | |
| 78. -Nike | | | | | Buy | 02/22/13 | J | | |
| 79. -Northeast Utilities | | | | | Buy | 05/07/13 | J | | |
| 80. -Occidental Petroleum | | | | | Buy | 07/01/13 | J | | |
| 81. -Pepsi Americas Inc Bond (Callable) (4.375% Due 02-15-14) | | | | | Buy | 03/01/13 | J | | |
| 82. | | | | | Sold | 12/16/13 | J | | |
| 83. -Perrigo Co | | | | | Buy | 02/22/13 | J | | |
| 84. | | | | | Sold | 12/19/13 | J | A | |
| 85. -Perrigo Co PLC | | | | | Buy | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Philip Morris Intl Inc Bond (6.875% Due 03-17-14) | | | | | Buy | 03/01/13 | J | | |
| 87. | | | | | Sold | 12/16/13 | J | | |
| 88. -Prudential Financial Inc | | | | | Buy | 03/01/13 | J | | |
| 89. -Qualcomm Inc.(X) | | | | | Sold | 11/08/13 | J | A | |
| 90. -Royal Dutch Shell Intl Finl Bond (4.000% Due 03-21-14) | | | | | Buy | 02/25/13 | K | | |
| 91. | | | | | Sold | 12/16/13 | K | | |
| 92. -Sherwin Williams Co | | | | | Buy | 02/22/13 | J | | |
| 93. -Starbucks Corp | | | | | Buy | 02/22/13 | J | | |
| 94. -Union Pacific Corp | | | | | Buy | 02/22/13 | J | | |
| 95. -Ventas Inc REIT | | | | | Buy | 02/22/13 | J | | |
| 96. | | | | | Sold | 06/20/13 | J | | |
| 97. -Visa Inc Cl A | | | | | Buy | 02/22/13 | J | | |
| 98. -Vodafone PLC ADR | | | | | Buy | 10/23/13 | J | | |
| 99. -Walt Disney Co(X) | | | | | | | | | |
| 100. -Weyerhaeuser REIT | | | | | Buy | 02/22/13 | J | | |
| 101. | | | | | Sold | 05/31/13 | J | | |
| 102. -Whole Foods Mkt Inc | | | | | Buy | 02/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/08/13 | J | A | |
| 104. | | | | | Sold | 11/08/13 | J | A | |
| 105. -XTO Energy (XOM) Bond (Callable) (5.750% Due 12-15-13) | | | | | Buy | 02/25/13 | J | | |
| 106. | | | | | Sold | 12/15/13 | J | | |
| 107. IRA No. 2 | C | Int./Div. | N | T | | | | | |
| 108. -Marshall & Isley Bank - Cash Equivalent | | | | | Closed | 02/08/13 | J | | |
| 109. -IShares IBoxx $Investment Grade Corp Bond Fund | | | | | Sold | 02/20/13 | J | A | |
| 110. -ProShares Trust ProShares Short S&P 500 | | | | | Sold | 02/20/13 | J | | |
| 111. -ProShares Trust ProShares Short Russell 2000 | | | | | Sold | 02/20/13 | J | | |
| 112. -SPDR Gold Trust Gold Shares | | | | | Sold | 02/20/13 | K | A | |
| 113. -Health Care Select Sector SPDR | | | | | Sold | 02/20/13 | K | A | |
| 114. -IShares MSCI Hong Kong Index Fund | | | | | Sold | 02/20/13 | K | B | |
| 115. -IShares Trust Barclays Intermediate Credit Bond Fund | | | | | Sold | 02/20/13 | K | A | |
| 116. -IShares Trust S&P US Prefereed Stock Index Fund | | | | | Sold | 02/20/13 | J | A | |
| 117. -Energy Select Sector SPDR | | | | | Sold | 01/09/13 | J | A | |
| 118. -Powershares Emerging Markets Sovereign Debt ETF | | | | | Sold | 02/20/13 | J | | |
| 119. -Ishares Trust FTSE China 25 Index Fund | | | | | Sold | 02/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Industrial Select Sector SPDR | | | | | Sold | 01/31/13 | K | B | |
| 121. -ProShares Short QQQ | | | | | Buy | 01/31/13 | J | | |
| 122. | | | | | Sold | 02/20/13 | J | | |
| 123. -Sector Materials Sector SPDR | | | | | Buy | 01/09/13 | J | | |
| 124. | | | | | Sold | 02/20/13 | J | | |
| 125. -Federated Government Obligations Fund Money Market | | | | | Open | 02/12/13 | J | | |
| 126. -Abbot Laboratories | | | | | Buy | 04/15/13 | J | | |
| 127. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 128. | | | | | Sold (part) | 10/08/13 | J | | |
| 129. -Allergan Inc | | | | | Buy | 02/21/13 | J | | |
| 130. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 131. | | | | | Sold | 06/24/13 | J | | |
| 132. -Amerco | | | | | Buy | 11/13/13 | J | | |
| 133. -American Tower REIT | | | | | Buy | 02/21/13 | J | | |
| 134. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 135. | | | | | Sold | 09/06/13 | J | | |
| 136. -American Water Works | | | | | Buy | 02/21/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 138. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 139. | | | | | Sold (part) | 10/08/13 | J | | |
| 140.  -Apple Inc | | | | | Buy | 02/21/13 | J | | |
| 141. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 142.  -Boeing Co | | | | | Buy | 02/21/13 | J | | |
| 143. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 144. | | | | | Sold (part) | 10/08/13 | J | A | |
| 145.  -Bristol-Myers Squibb | | | | | Buy | 02/21/13 | J | | |
| 146. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 147. | | | | | Sold (part) | 09/06/13 | J | | |
| 148.  -Caterpillar Inc | | | | | Buy | 02/21/13 | J | | |
| 149.  -CBS Corp Cl B | | | | | Buy | 11/13/13 | J | | |
| 150.  -Cerner Corp | | | | | Buy | 02/21/13 | J | | |
| 151. | | | | | Sold (part) | 10/08/13 | J | A | |
| 152. | | | | | Sold (part) | 12/30/13 | J | A | |
| 153.  -Church & Dwight Co | | | | | Buy | 02/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 155. -Cisco Systems Bond (2.900% Due 11-17-14) | | | | | Buy | 02/25/13 | K | | |
| 156. | | | | | Sold | 12/19/13 | K | | |
| 157. -Coca Cola Co | | | | | Buy | 02/21/13 | J | | |
| 158. | | | | | Sold | 08/19/13 | J | | |
| 159. -ConAgra Foods Inc | | | | | Buy | 07/19/13 | J | | |
| 160. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 161. -Costco Wholesale Corp | | | | | Buy | 02/21/13 | J | | |
| 162. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 163. | | | | | Sold (part) | 10/08/13 | J | A | |
| 164. -Cummins Inc | | | | | Buy | 02/21/13 | J | | |
| 165. | | | | | Sold (part) | 04/17/13 | J | | |
| 166. | | | | | Sold | 10/08/13 | J | A | |
| 167. -Deere & Co Bond (6.95% Due 4-25-14) | | | | | Buy | 02/28/13 | K | | |
| 168. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 169. -Diageo PLC ADR | | | | | Buy | 02/21/13 | J | | |
| 170. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 172. -EcoLab Inc | | | | | Buy | 02/21/13 | J | | |
| 173. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 174. -Equinix Inc | | | | | Buy | 02/21/13 | J | | |
| 175. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 176. | | | | | Sold | 10/08/13 | J | | |
| 177. -Exxon Mobil Corp | | | | | Buy | 02/21/13 | J | | |
| 178. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 179. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 180. | | | | | Sold (part) | 12/18/13 | K | A | |
| 181. -Ford Motor Company | | | | | Buy | 02/21/13 | J | | |
| 182. -Freeport-McMoran | | | | | Buy | 02/21/13 | J | | |
| 183. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 184. -General Electric Cap Corp Bond (2.100% Due 01-07-14) | | | | | Buy | 02/25/13 | J | | |
| 185. | | | | | Sold | 12/19/13 | J | | |
| 186. -General Electric Co | | | | | Buy | 09/09/13 | J | | |
| 187. | | | | | Buy (add'l) | 10/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Google Inc Cl A | | | | | Buy | 02/21/13 | J | | |
| 189. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 190. -Hain Celestial Group | | | | | Buy | 02/21/13 | J | | |
| 191. | | | | | Sold | 07/19/13 | J | A | |
| 192. -Hess Corp | | | | | Buy | 02/21/13 | J | | |
| 193. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 194. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 195. | | | | | Sold (part) | 10/08/13 | J | A | |
| 196. -Home Depot Inc | | | | | Buy | 02/21/13 | J | | |
| 197. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 198. -IBM Corp | | | | | Buy | 02/21/13 | J | | |
| 199. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 200. -Jarden Corp | | | | | Buy | 09/09/13 | J | | |
| 201. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 202. -Lockheed Martin Corp | | | | | Buy | 09/03/13 | J | | |
| 203. -McDonalds Corp Bond (Callable) (.0750% Due 05-29-15) | | | | | Buy | 03/01/13 | K | | |
| 204. -Microsoft Corp | | | | | Buy | 11/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Microsoft Corp Bond (2.950% Due 06-01-14) | | | | | Buy | 02/25/13 | J | | |
| 206.  -Monsanto Co | | | | | Buy | 02/21/13 | J | | |
| 207. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 208. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 209.  -Mosaic Co | | | | | Buy | 08/09/13 | J | | |
| 210. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 211.  -Motorola Solutions | | | | | Buy | 12/30/13 | J | | |
| 212.  -National Oilwell Varco | | | | | Buy | 02/21/13 | J | | |
| 213. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 214. | | | | | Sold | 10/08/13 | J | A | |
| 215.  -Nestle SA ADR | | | | | Buy | 02/21/13 | J | | |
| 216. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 217. | | | | | Sold | 08/19/13 | J | | |
| 218.  -Nike Inc | | | | | Buy | 02/21/13 | J | | |
| 219. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 220. | | | | | Sold | 05/31/13 | J | A | |
| 221.  -Occidental Petroleum | | | | | Buy | 07/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 10/23/13 | J | | |
| 223.  -Oracle Corp | | | | | Buy | 02/21/13 | J | | |
| 224. | | | | | Sold | 04/15/13 | J | | |
| 225.  -Pepsi Americas Inc Bond (Callable)<br>(4.375% Due 02-15-14) | | | | | Buy | 03/01/13 | K | | |
| 226.  -Perrigo Co | | | | | Buy | 02/21/13 | J | | |
| 227. | | | | | Sold<br>(part) | 10/08/13 | J | A | |
| 228. | | | | | Sold | 12/19/13 | J | A | |
| 229.  -Perrigo Co PLC | | | | | Buy | 12/19/13 | J | | |
| 230.  -Philip Morris Intl Inc Bond (6.875% Due<br>03-17-14) | | | | | Buy | 03/01/13 | K | | |
| 231.  -Prudential Financial Inc. | | | | | Buy | 03/01/13 | J | | |
| 232. | | | | | Buy<br>(add'l) | 11/08/13 | J | | |
| 233.  -Qualcomm Inc. | | | | | Buy | 02/21/13 | J | | |
| 234. | | | | | Buy<br>(add'l) | 05/07/13 | J | | |
| 235. | | | | | Buy<br>(add'l) | 11/08/13 | J | | |
| 236. | | | | | Sold | 11/08/13 | J | A | |
| 237.  -Sherwin Williams Co | | | | | Buy | 02/21/13 | J | | |
| 238.  -Sirius SM Holdings Inc | | | | | Buy | 12/30/13 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Starbucks Corp | | | | | Buy | 02/21/13 | J | | |
| 240. | | | | | Sold (part) | 10/08/13 | J | A | |
| 241. -Union Pacific Corp | | | | | Buy | 02/21/13 | J | | |
| 242. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 243. -Ventas Inc REIT | | | | | Buy | 02/21/13 | J | | |
| 244. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 245. | | | | | Sold | 06/20/13 | J | | |
| 246. -Visa Inc Cl A | | | | | Buy | 02/21/13 | J | | |
| 247. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 248. -Vodafone PLC ADR | | | | | Buy | 09/09/13 | J | | |
| 249. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 250. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 251. -Walt Disney Co | | | | | Buy | 02/21/13 | J | | |
| 252. -Weyehaueser REIT | | | | | Buy | 02/21/13 | J | | |
| 253. | | | | | Sold | 05/31/13 | J | | |
| 254. -Whole Food Market Inc | | | | | Buy | 02/21/13 | J | | |
| 255. | | | | | Buy (add'l) | 05/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/08/13 | J | A | |
| 257. Roth IRA No. 1 | A | Dividend | J | T | | | | | |
| 258. -Marshall & Isley Bank Deposit Program | | | | | Closed | 04/02/13 | J | | |
| 259. -Federated Government Obligations Fund Money Market | | | | | Open | 05/10/13 | J | | |
| 260. Roth IRA No. 2 | A | Dividend | J | T | | | | | |
| 261. -Marshall & Isley Bank - Cash Equivalent | | | | | Closed | 04/02/13 | J | | |
| 262. -Federated Government Obligations Fund Money Market | | | | | Open | 05/15/13 | J | | |
| 263. Brokerage Account No. 1(H) | | | | | | | | | |
| 264. -Marshall & Isley Bank - Cash Equivalent | | | | | Closed | 02/08/13 | J | | |
| 265. -Raytheon | | | | | Sold | 02/20/13 | J | C | |
| 266. -Federated Government Obligations Fund Money Market | A | Int./Div. | K | T | Open | 02/12/13 | L | | |
| 267. -Ford Interest Advantage Money Market | A | Int./Div. | J | T | Open | 02/21/13 | J | | |
| 268. 529 Plan (Y) | | | | | | | | | |
| 269. -American Funds Capital World Growth & Inc 529C (Y) | | | | | | | | | |
| 270. Trust No. 1(Y) | | | | | | | | | |
| 271. -Marshall & Isley Bank - Cash Equivalent | | | | | Closed | 02/08/13 | L | | |
| 272. Trust No. 2(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Marshall & Isley Bank - Cash Equivalent | | | | | Closed | 02/01/13 | J | | |
| 274. Michigan Baseball Ventures, LLC Partners | | None | J | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2. Part I. Positions
a.) Line 3 - Trust No. 1 has no reportable assets after the closure of the money market account.
b.) Line 4 - Trust No. 2 has no reportable assets after the closure of the money market account.

3. Part III. Agreements
a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares

4. Part VII. Investments and Trusts
a.) Line 47 - Cummins, Inc. was disposed of in 2 transactions, each below the transaction reporting threshold.
b.) Line 53 - Equinix, Inc. was disposed of in a transaction below the reporting threshold.
c.) Line 70 - McDonalds Corp. was disposed of in a transaction below the reporting threshold.
d.) Line 78 - Nike was disposed of in 2 transactions, each below the transaction reporting threshold.
e.) Line 79 - Northeast Utilities was disposed of in a transaction below the reporting threshold.
f.) Line 257 - Roth IRA #1 - Investment strategy was to diversify causing there to be no reportable underlying assets aside from the money market account. Each additional underlying asset is below the value, income and transaction thresholds.
g.) Line 260 - Roth IRA #2 - Investment strategy was to diversify causing there to be no reportable underlying assets aside from the money market account. Each additional underlying asset is below the value, income and transaction thresholds.
h.) Line 268 - 529 Plan - The 529 plan was liquidated on April 1, 2013. The liquidating transaction was below the transaction threshold for reporting.
i.) Line 274 - Michigan Baseball Ventures, LLC - Value used is Tax Basis reported on Schedule K-1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544